VERA JACOBSON, Individually and as Administratrix, etc., of WALTER JACOBSON Deceased, Appellant, v. CHARLES KUREK and FIGGE & HUTWELKER Co., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., dissents and votes to reverse and grant a new trial.

CHARLES H. PAYNE, Appellant, v. JAMES MADISON BLACKWELL, Defendant, Impleaded with ETHEL WICKETT FIELD, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

JAY-THORPE, INC., Respondent, v. ALFRED ALDEN and SONYA ALDEN, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM EGBERS, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM F. CAREY, as Commissioner of Sanitation of the City of New York, and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRY SPAGNUOLA, Respondent, v. THE CITY OF NEW YORK, Appellant, and DURAND REALTY Co., INC., and EXCELLENT BAKERY, INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Excellent Bakery, Inc. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HARRY HIRSCHBERG, Respondent, v. IRVING KERN and Others, Defendants, Impleaded with ROSE COHEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THEODORA EGBERT, Appellant, v. WALTER EGBERT, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

HAROLD ANDERSON, Appellant, v. N. V. TRANSANDINE HANDELMAATSCHAPPIJ and Others, Respondents. THE STATE OF THE NETHERLANDS, Intervenor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

MOLLIE FURMAN, Respondent, v. FRANCES SPALDING COPELAND, as Administrator, etc., and Others, Defendants, Impleaded with FRANK J. PRIAL and SAMUEL LEVY, Sued Herein as SAMUEL J. LEVY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Arbitration between 737 PARK AVENUE CORPORATION, Appellant, and PELHAM PAINTING COMPANY, INC., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements; motion to confirm the award granted; and cross-motion to vacate the award and for alternative relief denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.